UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JENNY GUADALUPE DIAZ, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 14-839 (RC) |
| | : | |
| v. | : | Re Document No.: 9 |
| | : | |
| FLORANATION, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT

Jenny Guadalupe Diaz ("Diaz") brought claims under the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, for back pay and other relief against FloraNation, LLC (formerly d/b/a Elite Floral & Produce, LLC) ("FloraNation"), Eyal Balva, and Udi Balva. Before the Court is FloraNation, Eyal Balva, and Diaz's joint motion for approval of their Settlement Agreement and General Release ("Settlement Agreement"), which they have filed under seal.[1] Joint Mot., ECF No. 9.

When parties settle actions that would result in dismissal of FLSA claims, settlement agreements must first be approved as fair and reasonable by the reviewing court. After "scrutinizing the settlement for fairness," the court may enter a stipulated judgment. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

Having carefully reviewed the Settlement Agreement and the parties' joint motion, the Court is satisfied that the proposed settlement is fair and reasonable. The Settlement Agreement was developed through an adversarial process, stemming from Diaz's FLSA action. *See id.* at 1354 (explaining that when employees initiate an FLSA lawsuit, any settlement reached "is more

---

[1] Udi Balva is not a party to the Settlement Agreement and remains a defendant in this action.

likely to reflect a reasonable compromise of disputed issues than a mere waiver of statutory rights"). The parties further aver that the settlement is the product of arms-length, good-faith negotiations and reflects the parties' mutual desire to avoid litigation risks. Joint Mot. 2.

Accordingly, it is hereby **ORDERED** that the Settlement Agreement is APPROVED as a fair and reasonable resolution of the parties' FLSA dispute, and **ORDERED** that the parties' Joint Motion for Approval of Settlement Agreement is GRANTED. It is **FURTHER ORDERED** that Defendants FloraNation and Eyal Balva are DISMISSED from this action, with prejudice.

**SO ORDERED**.

Dated: October 8, 2014

RUDOLPH CONTRERAS
United States District Judge