IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNY GUADALUPE DIAZ, | : |
| | : |
| | : |
| Plaintiff, | : Case No. 1:14-cv-00839-RC |
| | : |
| v. | : |
| | : |
| FLORANATION, LLC | : |
| Formerly d/b/a ELITE FLORAL & | : |
| PRODUCE, LLC, ET AL., | : |
| | : |
| Defendants. | : |

## NOTICE OF DISMISSAL

Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses, without prejudice, the above-captioned matter as to Defendant Udi Balva.

        Respectfully submitted,

        STEIN SPERLING BENNETT
        DE JONG DRISCOLL PC


By:     /s/ *Mary Craine Lombardo*
        Mary Craine Lombardo (#495881)
        25 West Middle Lane
        Rockville, Maryland 20850
        (301) 340-2020
        (301) 354-8126 – fax
        mlombardo@steinsperling.com

        *Attorneys for Plaintiff*